No. 82–271. CHARDON ET AL. *v.* FUMERO SOTO ET AL. C. A. 1st Cir. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 82–354. MOTOR VEHICLE MANUFACTURERS ASSOCIATION OF THE UNITED STATES, INC., ET AL. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.;

No. 82–355. CONSUMER ALERT ET AL. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.; and

No. 82–398. UNITED STATES DEPARTMENT OF TRANSPORTATION ET AL. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. D. C. Cir. Motion of Automotive Occupant Protective Association for leave to file a brief as *amicus curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 220 U. S. App. D. C. 170, 680 F. 2d 206.

No. 81–6908. BARCLAY *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–2199. JAMES *v.* TEXAS. Ct. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 81–2221. RUTLEDGE *v.* SMALL BUSINESS ADMINISTRATION. C. A. 5th Cir. Certiorari denied.

No. 81–2243. FINCHER *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 81–2254. GELVIN *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.